# CONNELL FOLEY LLP
### ATTORNEYS AT LAW

85 LIVINGSTON AVENUE
ROSELAND, NJ 07068
(973) 535-0500
FAX: (973) 535-9217

JOHN A. PINDAR (1969)
GEORGE W. CONNELL (2005)
ADRIAN M. FOLEY, JR.
GEORGE J. KENNY*
KENNETH F. KUNZMAN
SAMUEL D. LORD (2012)
RICHARD D. CATENACCI
RICHARD J. BADOLATO*
PETER D. MANAHAN
JOHN B. MURRAY
MARK L. FLEDER
KEVIN J. COAKLEY
THOMAS S. COSMA
KATHLEEN S. MURPHY
PATRICK J. MCAULEY
PETER J. PIZZI*+
KEVIN R. GARDNER
ROBERT E. RYAN
MICHAEL X. MCBRIDE*
VINCENT J. TORNA-
JEFFREY W. MORYAN*
EDWARD S. WARDELL
PETER J. SMITH*
WILLIAM P. KRAUSS
BRIAN G. STELLER
PHILIP F. MCGOVERN, JR.
KAREN PAINTER RANDALL
LIZA M. WALSH
JOHN P. LACEY*
MICHAEL J. CROWLEY-
TIMOTHY E. CORRISTON*
PATRICK J. HUGHES*+
JAMES C. MCCANN*
JOHN D. CROMIE
ANGELA A. IUSO*

WILLIAM T. MCGLOIN*
BRENDAN JUDGE
STEPHEN A. URBAN
CHARLES J. HARRINGTON III+
FRANK T. CARA*
STEPHEN V. FALANGA*
TRICIA O'REILLY*
ANTHONY F. VITIELLO*+
MARC D. HAEFNER
JONATHAN P. MCHENRY
BRAD D. SHALIT*
M. TREVOR LYONS*
CRAIG S. DEMARESKI*
W. NEVINS MCCANN*
THOMAS J. O'LEARY*
MITCHELL W. TARASCHI
MICHAEL A. SHADIACK
OWEN C. MCCARTHY*
PATRICIA A. LEE*+
AGNIESZKA ANTONIAN*
MICHAEL MICELI
NEIL V. MODY*
STEVE BARNETT*
THOMAS M. SCUDERI*
JOSEPH M. MURPHY*
NANCY A. SKIDMORE*
CHRISTINE S. ORLANDO
JENNIFER C. CRITCHLEY*
PATRICK S. BRANNIGAN*
CHRISTINE I. GANNON*
ANDREW C. SAYLES*
WILLIAM D. DEVEAU*
HECTOR D. RUIZ*
MEGHAN BARRETT BURKE*

COUNSEL
BERNARD M. HARTNETT, JR.*
JOHN W. BISSELL
EUGENE J. CODEY, JR.
FRANCIS J. ORLANDO
FRANCIS E. SCHILLER*
EUGENE P. SQUEO*
BRIAN P. MORRISSEY-
NOEL D. HUMPHREYS*
ANTHONY ROMANO II*
KARIN I. SPALDING*

DOUGLAS J. SHORT*
MARK A. FORAND*
OLIVIA F. CLEAVER+
STEPHEN D. KESSLER
CHRISTOPHER ABATEMARCO*
ANTHONY J. CORINO*
INGRID E. DA COSTA
LEO J. HURLEY*
RUKHSANAH L. SINGH*
BRITTANY E. MIANO*
STACIE L. POWERS*
NICOLE B. DORY*
MICHAEL BOJBASA-
CHRISTOPHER M. HEMRICK*
SUSAN KWIATKOWSKI*
MELISSA D. LOPEZ
JASON D. FALK*
BROOKE E. BOWLES*
ALLYSON M. KASETTA*
MEGHAN K. MUSSO*
BRENDAN W. CARROLL*
ELEONORE OFOSU-ANTWI*
EDMUND J. CAULFIELD*

JODI ANNE HUDSON*
RICHARD A. JAGEN
JASON E. MARX*
ALEXIS E. LAZZARA
GAIL GOLDFARB*
THOMAS VECCHIO+
DANIEL B. KESSLER*
ROBERT A. VERDIBELLO*
MICHELE T. TANTALLA*
PHILIP W. ALLOGRAMENTO III*

SYDNEY J. DARLING*
NEIL V. SHAH*
STEPHEN R. TURANO*
STEVEN A. KROLL*
ROBERT M. DIPISA*
MATTHEW A. BAKER+
MICHAEL J. CREEGAN*
THOMAS M. BLEWITT, JR.+
MARY HURLEY KELLETT*
DANIELLE M. NOVAK+
KATELYN O'REILLY*
JAMES E. FIGLIOZZI-
MATTHEW D. FIELDING*
MARIEL L. BELANGER*
NICHOLAS W. URCIUOLI
GENEVIEVE L. FAIRCLOUGH
CHRISTINA SARTORIO*
THOMAS M. WESTER
DANIEL E. BONILLA*
CAITLIN PETRY CASCINO*
THOMAS FORRESTER, JR.
KARA M. STEGER-
JOSEPH L. LINARES

OTHER OFFICES
HARBORSIDE FINANCIAL CENTER
2510 PLAZA FIVE
JERSEY CITY, NJ 07311
(201) 521-1000
FAX: (201) 521-0100

PORT LIBERTÉ
23 CHAPEL AVENUE
JERSEY CITY, NJ 07305
(201) 521-0200
FAX: (201) 706-2160

888 SEVENTH AVENUE
9TH FLOOR
NEW YORK, NY 10106
(212) 307-3700
FAX: (212) 262-0050

LIBERTY VIEW BUILDING
457 HADDONFIELD ROAD
SUITE 230
CHERRY HILL, NJ 08002
(856) 317-7100
FAX: (856) 317-7117

THE ATRIUM, SUITE E
309 MORRIS AVENUE
SPRING LAKE, NJ 07762
(732) 449-1440
FAX: (732) 449-0934

1500 MARKET STREET
12TH FLOOR
EAST TOWER
PHILADELPHIA, PA 19101
(215) 246-3403
FAX: (215) 665-5727

*Also Admitted in New York
+Also Admitted in Pennsylvania
-Only Admitted in New York
PLEASE REPLY TO ROSELAND, NJ

June 20, 2014

**VIA FACSIMILE AND ECF**
The Honorable Mark Falk, U.S.M.J.
United States District Court
District of New Jersey
U.S.P.O. & Courthouse
1 Federal Square, Room 457
Newark, New Jersey 07101

  Re: Bautista v. North American Cerutti Corporation, et al.
     Civil Action No. 2:14-cv-02141-CCC-MF

Dear Judge Falk:

  As Your Honor is aware, this firm serves as counsel to Defendant, North American Cerutti Corporation, in the above-captioned matter. On June 20, 2014, the Court held a telephone conference in this matter. During that conference, Your Honor agreed to enter an Order clarifying the deadline for this defendant to respond to the form interrogatories and requests for the production of documents previously served on this defendant by plaintiff. As discussed, the May 29, 2014 Order entered in this action provides that parties must respond to interrogatories and requests for the production of documents "within thirty (30) days of receipt." Because that language renders this defendant's responses to the discovery requests served by plaintiff on this defendant on March 28, 2014 due on April 28, 2014, this defendant requested that the Court enter an Order setting forth a new deadline for this defendant's discovery responses.

  In accordance with Your Honor's directive, enclosed please find a proposed form of Order providing this defendant thirty (30) days from the date of the Order to respond to the interrogatories and requests for production of documents previously served on this defendant by plaintiff. If the enclosed Order is acceptable to Your Honor, we respectfully request that the Court execute same.

3164776-1

June 20, 2014
Page 2

Respectfully submitted,

Mary Hurley Kellett, Esq.

cc:    Mitchell D. Perlmutter, Esq. (via ECF)

3164776-1

United States District Court
**DISTRICT OF NEW JERSEY**

Jeffrey W. Moryan (JM5681)
Connell Foley LLP
85 Livingston Avenue
Roseland, NJ 07068
Tel.: (973) 535-0500
Attorneys for Defendant,
North American Cerutti Corporation

| | |
|---|---|
| ROLANDO MARTINEZ BAUTISTA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>NORTH AMERICAN CERUTTI CORPORATION, ABC CORP. - XYZ CORP. (a series of fictitious names) DEF CORP. - GHI CORP. (a series of fictitious names),<br><br>　　　　　　　Defendants. | CIVIL CASE NO. 2:14-cv-02141-CCC-MF<br><br>**ORDER AMENDING<br>MAY 29, 2014 ORDER** |

　　**THIS MATTER** having come before the Court for a telephone conference on June 20, 2014; and for good cause shown:

　　**IT IS** on this _____ day of June, 2014

　　**ORDERED** that Defendant, North American Cerutti Corporation, has thirty (30) days from this Order to respond to the interrogatories and requests for production of documents previously served on Defendant, North American Cerutti Corporation, by Plaintiff on March 28, 2014.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MARK FALK
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

3164790-1